

**5:10-cv-01423 United States, et al, vs. Purdue Pharma L.P., et al**

Judy Kirkpatrick   to: carlotta.hivoral                                   01/18/2012 01:52 PM

Dear Ms. Hivoral:

Please be advised that electronic filing in the Southern District of West Virginia is **required** in all cases.  I am writing to you in your capacity as counsel for the State of California.  Our records indicate that you are not a registered ECF filer in this District.

Attached is a Notice that sets forth the requirements for ECF registration in the Southern District of West Virginia.  Please comply with this Notice.


10-1423 Notice - Hivoral.pdf

If you have any questions, please do not hesitate to contact the Clerk's Office. We look forward to working with you.  Please let us know if we can be of assistance.

Judy Kirkpatrick
Deputy Clerk, Quality Control
U. S. District Court
Southern District of West Virginia
304-420-6490