# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| BLUEFIELD | CHARLESTON | HUNTINGTON | BECKLEY | PARKERSBURG |
|---|---|---|---|---|
| Room 2303<br>601 Federal Street<br>Bluefield, WV 24701 | Suite 2400<br>300 Virginia Street, East<br>Charleston, WV 25301 | Room 101<br>845 Fifth Avenue<br>Huntington, WV 25701 | Room 119<br>110 North Heber Street<br>Beckley, WV 25801 | Room 5102<br>425 Juliana Street<br>Parkersburg, WV 26101 |
| P. O. Box 4128<br>Bluefield, WV 24701 | P. O. Box 2546<br>Charleston, WV 25329 | Please use street<br>address above | P. O. Drawer 5009<br>Beckley, WV 25801 | Please use street<br>address above. |
| 304/327-9798 | 304/347-3000 | 304/529-5588 | 304/253-7481 | 304/420-6490 |

**TERESA L. DEPPNER**
**CLERK OF COURT**

www.wvsd.uscourts.gov

## CLERK'S NOTICE

TO:  Carlotta R. Hivoral

FROM:  Teresa L. Deppner, Clerk
By: Judy Kirkpatrick, Deputy Clerk

DATE:  January 18, 2012

IN RE:  5:10-cv-01423 - United States, et al, vs. Purdue Pharma L,P., et al

You are counsel of record in the above-styled civil action now pending in the United States District Court for the Southern District of West Virginia at Beckley.

Electronic filing is **required** in U.S. District Court for the Southern District of West Virginia, as well as most other federal courts. Please take notice that you are requested to immediately comply with this requirement.

The Administrative Procedures for Electronic Filing in the Southern District of West Virginia at No. 6 set forth the directions to obtain a login and password and the registration process. A copy of this procedure is attached to this Notice.

We provide live training monthly, and on-line training modules are available via the Internet. If you have questions regarding the registration process, training or electronic filing in general, please contact Marsha Wilson at 304/347-3010.

In lieu of becoming an electronic filer in this District, a visiting attorney who is not a registered filing user who has sponsoring co-counsel that is a registered filing user must execute an Attorney Registration Form for E-Mail Notification Only. This form is available on the court's web site at www.wvsd.uscourts.gov.

We look forward to working with you. Please let us know how we may be of assistance.

**ELECTRONIC FILING ADMINISTRATIVE PROCEDURE 6.0**
**IN THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**6. Login and Password; Registration**
**6.1 Login and Password**
Each attorney admitted to practice in the Southern District of West Virginia, including those admitted *pro hac vice*, must register for a CM/ECF login and password from the District Court. Before being issued a login, the attorney must successfully complete on-line or court-conducted training or attest that s/he has used CM/ECF in another U. S. District Court for a period of at least six months. The login and password permit the attorney to participate in the electronic retrieval and filing of pleadings and other papers. Users are subject to applicable PACER service fees.
**6.1.1** No attorney shall knowingly permit or cause to permit his or her login and password to be used by anyone other than an authorized employee of his or her office.
**6.1.2** The attorney shall be responsible for all documents filed with his or her password.
**6.1.3** An attorney shall use his or her login and password to file documents in cases in which he or she is counsel of record. Each document must bear the electronic signature or traditional signature of the attorney under whose login and password the document is being filed.
**6.1.4** The court will issue logins and passwords only to attorneys in good standing. To be in good standing, an attorney must meet the requirements within the Local Rules governing admission.
**6.2 Registration**
**6.2.1** Attorney Registration Form: To file electronically, each attorney must complete and sign an Attorney Registration Form for Electronic Filing. The form is available on the court's web site at www.wvsd.uscourts.gov.
**6.2.2** Attorneys must mail the original Attorney Registration Form to the Clerk, U.S. District Court, at Post Office Box 2546, Charleston, WV 25329, or deliver the form to the public counter at the Clerk's Office at the Robert C. Byrd United States Courthouse, Suite 2400, 300 Virginia Street, East, Charleston, WV 25301.
**6.2.3** The Clerk's Office will send the attorney an e-mail message with the assigned login and password.
**6.2.4** After registering, attorneys must change their passwords once received. Logins, however, can only be changed by the Clerk's Office. If an attorney believes that the security of an existing password has been compromised and that a threat to CM/ECF exists, the attorney must change his or her password immediately. In addition, the attorney shall immediately notify the clerk by telephone of the suspected compromise to the password.
**6.2.5** An attorney whose e-mail address, mailing address, telephone or fax number has changed from that of the original Attorney Registration Form shall timely file with the clerk a Notice of a Change of Attorney Information form available on the court's web site at www.wvsd.uscourts.gov in all cases affected by the attorney's move.
**6.2.6** An attorney who is not a registered filing user who has co-counsel that is a registered filing user must execute an Attorney Registration Form for E-Mail Notification Only available on the court's web site at www.wvsd.uscourts.gov.