FILED: March 19, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2287
(5:10-cv-01423)

_____

UNITED STATES EX REL. STEVEN MAY AND ANGELA RADCLIFFE

      Plaintiff - Appellant

v.

PURDUE PHARMA L.P., a limited partnership, and; PURDUE PHARMA, INCORPORATED

      Defendants - Appellees

-------------------------------

UNITED STATES OF AMERICA

      Amicus Curiae

PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA; BIOTECHNOLOGY INDUSTRY ORGANIZATION

      Amici Supporting Appellee

_____

## M A N D A T E

_____

The judgment of this court, entered December 12, 2013, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*