IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

| | | |
|---|---|---|
| United States of America *et al.*, | ) | |
| *ex rel.* Steven May and | ) | |
| Angela Radcliffe, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:10-1423 |
| | ) | (Honorable Irene C. Berger) |
| | ) | |
| Purdue Pharma L.P. and Purdue | ) | |
| Pharma Inc., | ) | |
| | ) | |
| Defendants. | ) | |

## PURDUE'S NOTICE OF DEPOSITION OF AL DAMPIER

PLEASE TAKE NOTICE that Purdue Pharma L.P. and Purdue Pharma Inc. (collectively, "Purdue") will take the deposition upon oral examination of Al Dampier on September 22, 2014 at 12:00 p.m. The deposition shall be taken pursuant to Fed. R. Civ. P. 30, before a duly appointed, qualified and acting notary public authorized to administer oaths, at the Nashville Airport Marriott, 600 Marriott Dr., Nashville, TN 37214. The deposition shall continue from day to day until completed. The deposition will be recorded stenographically and by videography.

Dated:  August 22, 2014

Respectfully submitted,

/s/ John D. Hoblitzell, III
Rebecca A. Betts (WVSB # 329)
John D. Hoblitzell, III (WVSB #9346)
KAY CASTO & CHANEY PLLC
1500 Chase Tower
707 Virginia Street, East

        Charleston, WV 25301
        Tel:   304.345.8900, ext. 175
        Fax:  304.345.8909
        rbetts@kaycasto.com
          *Counsel for Defendants*

        /s/ Howard M. Shapiro
        Howard M. Shapiro
        Christopher E. Babbitt
        Charles C. Speth
        WILMER CUTLER PICKERING
          HALE & DORR LLP
        1875 Pennsylvania Avenue, NW
        Washington, DC  20006
        Tel:   202.663.6000
        Fax:  202.663.6363
        howard.shapiro@wilmerhale.com
        christopher.babbitt@wilmerhale.com
        charles.speth@wilmerhale.com
          *Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

United States of America *et al.*,
*ex rel.* Steven May and
Angela Radcliffe,

    Plaintiffs,

v.                                        Civil Action No. 5:10-1423
                                            (Honorable Irene C. Berger)

Purdue Pharma L.P. and Purdue
Pharma, Inc.,

    Defendants.

## CERTIFICATE OF SERVICE
## FOR CM/ECF AND NON-CM/ECF PARTICIPANTS

I hereby certify that on the 22nd day of August, 2014, I served " **PURDUE'S NOTICE OF DEPOSITION OF AL DAMPIER**" using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

        Paul W. Roop, II, Esq.
        Roop Law Office, LC
        P.O. Box 1145
        Beckley, WV 25802
        Tel:  304.255.7667
        paulroop@rooplawoffice.com
          *Counsel for Plaintiffs Steven May and*
          *Angela Radcliffe*

        Mark T. Hurt
        The Law Offices of Mark T. Hurt
        159 West Main Street
        Abingdon, VA 24210
        Tel:  276.623.0808
        markthurt@yahoo.com
        mail@markhurtlawfirm.com
          *Counsel for Plaintiffs Steven May and*
          *Angela Radcliffe*

Carol A. Casto
U.S. Attorney's Office
P.O. Box 1713
Charleston, WV 25326-1713
Tel:  304.345.2200
Carol.Casto@usdoj.gov
   *Counsel for United States*

Natalie A. Priddy
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Tel:  202.616.2964
Natalie.A.Priddy@usdoj.gov
   *Counsel for United States*

Carlotta R. Hivoral
California Department of Justice
Bureau of Medi-Cal Fraud and Elder Abuse
1455 Frazee Road, Suite 315
San Diego, CA 92108
Tel:  619.688.6073
carlotta.hivoral@doj.ca.gov
   *Counsel for State of California*

Mary Elizabeth McCullohs
Medicaid Fraud and Integrity Division
P. O. Box 20207
Nashville, TN 37202-0207
Tel :  615.741.8126
mary.mccullohs@ag.tn.gov
   *Counsel for State of Tennessee*

Jamie Ann Yavelberg
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Tel:  202.616.2964
jamie.yavelberg@usdoj.gov
   *Counsel for United States*

I further certify that I mailed a copy of the foregoing pleading by United States Postal Service to the following non-CM/ECF participants:

Joyce R. Branda
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Tel: 202.616.2964
Fax: 202.307.5788
   *Counsel for United States*

Sam Olens
Attorney General of Georgia
Office of the Attorney General
40 Capital Square SW
Atlanta, GA 30334
Tel: 770.414.3655, ext. 216
   *Counsel for State of Georgia*

Patrick Keenan
Illinois Attorney General's Office
Illinois MFCU
100 West Randolph Street, 12th Floor
Chicago, IL 60601
   *Counsel for State of Illinois*

Laura J. Meehan
NYS Office of Attorney General
Medicaid Fraud Control Unit
One Blue Hill Plaza, 6th Floor
Pearl River, NY 10965
Tel: 845.732.7550
   *Counsel for State of New York*

        /s/John D. Hoblitzell, III
        Rebecca A. Betts (WVSB #329)
        John D. Hoblitzell, III (WVSB #9346)
        Kay Casto & Chaney PLLC
        1500 Chase Tower
        707 Virginia Street, East
        Charleston, WV 25301
        Tel: 304.345.8900
        Fax: 304.345.8909
        rbetts@kaycasto.com
        jdhoblitzell@kaycasto.com
          *Counsel for Defendants Purdue Pharma*
          *L.P. and Purdue Pharma Inc.*