IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

| | |
|---|---|
| United States of America *et al.*, ) <br> *ex rel.* Steven May and ) <br> Angela Radcliffe, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> Purdue Pharma L.P. and Purdue ) <br> Pharma Inc., ) <br> ) <br>     Defendants. ) | Civil Action No. 5:10-1423 <br> (Honorable Irene C. Berger) |

## **PURDUE'S NOTICE OF DEPOSITION OF SEAN KARBOWICZ**

PLEASE TAKE NOTICE that Purdue Pharma L.P. and Purdue Pharma Inc. (collectively "Purdue") will take the deposition upon oral examination of Sean Karbowicz on September 24, 2014 at 9:00 a.m. The deposition shall be taken pursuant to Fed. R. Civ. P. 30, before a duly appointed, qualified and acting notary public authorized to administer oaths, at the Embassy Suites Portland – Airport, 7900 NE 82nd Ave, Portland, OR 97220. The deposition shall continue from day to day until completed. The deposition will be recorded stenographically and by videography.

Dated: August 22, 2014

                                                                       Respectfully submitted,

                                                                       /s/ John D. Hoblitzell, III
                                                                       Rebecca A. Betts (WVSB # 329)
                                                                       John D. Hoblitzell III (WVSB # 93460
                                                                       KAY CASTO & CHANEY PLLC
                                                                       1500 Chase Tower
                                                                       707 Virginia Street, East

Charleston, WV 25301
Tel:   304.345.8900, ext. 175
Fax:  304.345.8909
rbetts@kaycasto.com
jdhoblitzell@kaycasto.com
  *Counsel for Defendants*

/s/ Howard M. Shapiro
Howard M. Shapiro
Christopher E. Babbitt
Charles C. Speth
WILMER CUTLER PICKERING
   HALE & DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Tel:   202.663.6000
Fax:  202.663.6363
howard.shapiro@wilmerhale.com
christopher.babbitt@wilmerhale.com
charles.speth@wilmerhale.com
  *Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

United States of America *et al.*,
*ex rel.* Steven May and
Angela Radcliffe,

    Plaintiffs,

v.                                             Civil Action No. 5:10-1423
                                             (Honorable Irene C. Berger)

Purdue Pharma L.P. and Purdue
Pharma, Inc.,

    Defendants.

## CERTIFICATE OF SERVICE
## FOR CM/ECF AND NON-CM/ECF PARTICIPANTS

    I hereby certify that on the 22nd day of August, 2014, I served "**PURDUE'S NOTICE OF DEPOSITION OF SEAN KARBOWICZ**" using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

        Paul W. Roop, II, Esq.
        Roop Law Office, LC
        P.O. Box 1145
        Beckley, WV 25802
        Tel:  304.255.7667
        paulroop@rooplawoffice.com
          *Counsel for Plaintiffs Steven May and*
          *Angela Radcliffe*

        Mark T. Hurt
        The Law Offices of Mark T. Hurt
        159 West Main Street
        Abingdon, VA 24210
        Tel:  276.623.0808
        markthurt@yahoo.com
        mail@markhurtlawfirm.com
          *Counsel for Plaintiffs Steven May and*
          *Angela Radcliffe*

Carol A. Casto
U.S. Attorney's Office
P.O. Box 1713
Charleston, WV 25326-1713
Tel:  304.345.2200
Carol.Casto@usdoj.gov
   *Counsel for United States*

Natalie A. Priddy
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Tel:  202.616.2964
Natalie.A.Priddy@usdoj.gov
   *Counsel for United States*

Carlotta R. Hivoral
California Department of Justice
Bureau of Medi-Cal Fraud and Elder Abuse
1455 Frazee Road, Suite 315
San Diego, CA 92108
Tel:  619.688.6073
carlotta.hivoral@doj.ca.gov
   *Counsel for State of California*

Mary Elizabeth McCullohs
Medicaid Fraud and Integrity Division
P. O. Box 20207
Nashville, TN 37202-0207
Tel :  615.741.8126
mary.mccullohs@ag.tn.gov
   *Counsel for State of Tennessee*

Jamie Ann Yavelberg
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Tel:  202.616.2964
jamie.yavelberg@usdoj.gov
   *Counsel for United States*

I further certify that I mailed a copy of the foregoing pleading by United States Postal Service to the following non-CM/ECF participants:

Joyce R. Branda
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Tel: 202.616.2964
Fax: 202.307.5788
   *Counsel for United States*

Sam Olens
Attorney General of Georgia
Office of the Attorney General
40 Capital Square SW
Atlanta, GA 30334
Tel: 770.414.3655, ext. 216
   *Counsel for State of Georgia*

Patrick Keenan
Illinois Attorney General's Office
Illinois MFCU
100 West Randolph Street, 12th Floor
Chicago, IL 60601
   *Counsel for State of Illinois*

Laura J. Meehan
NYS Office of Attorney General
Medicaid Fraud Control Unit
One Blue Hill Plaza, 6th Floor
Pearl River, NY 10965
Tel: 845.732.7550
   *Counsel for State of New York*

/s/John D. Hoblitzell, III
Rebecca A. Betts (WVSB #329)
John D. Hoblitzell, III (WVSB #9346)
Kay Casto & Chaney PLLC
1500 Chase Tower
707 Virginia Street, East
Charleston, WV 25301
Tel: 304.345.8900
Fax: 304.345.8909
rbetts@kaycasto.com
jdhoblitzell@kaycasto.com
   *Counsel for Defendants Purdue Pharma*
   *L.P. and Purdue Pharma Inc.*