IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

United States of America *et al.*,
*ex rel.* Steven May and
Angela Radcliffe,

      Plaintiffs,

v.                                                  Civil Action No. 5:10-1423
                                                    (Honorable Irene C. Berger)

Purdue Pharma L.P. and Purdue
Pharma, Inc.,

      Defendants.

## PURDUE'S SECOND AMENDED NOTICE
## OF DEPOSITION OF AL DAMPIER

      PLEASE TAKE NOTICE that Purdue Pharma L.P. and Purdue Pharma Inc. (collectively, "Purdue") will take the deposition upon oral examination of Al Dampier on Monday, November 10, 2014 at 9:30 a.m. The deposition shall be taken pursuant to Fed. R. Civ. P. 30, before a duly appointed, qualified and acting notary public authorized to administer oaths, at the Nashville Airport Marriott, 600 Marriott Dr., Nashville, TN 37214. The deposition shall continue from day to day until completed. The deposition will be recorded stenographically and by videography.

PURDUE PHARMA L.P. AND PURDUE PHARMA, INC.,

Defendants,

BY COUNSEL:


/s/John D. Hoblitzell, III
Rebecca A. Betts (WVSB #329)
John D. Hoblitzell, III (WVSB #9346)
KAY CASTO & CHANEY PLLC
1500 Chase Tower
707 Virginia Street, East
Charleston, WV 25301
Tel:  304.345.8900, ext. 175
Fax: 304.345.8909
rbetts@kaycasto.com
jdhoblitzell@kaycasto.com
   *Counsel for Defendants*


/s/  Howard M. Shapiro
Howard M. Shapiro
Christopher E. Babbitt
Charles C. Speth
WILMER CUTLER PICKERING
    HALE & DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Tel:  202.663.6000
Fax:  202.663.6363
howard.shapiro@wilmerhale.com
christopher.babbitt@wilmerhale.com
charles.speth@wilmerhale.com
   *Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

United States of America *et al.*,
*ex rel.* Steven May and
Angela Radcliffe,

    Plaintiffs,

v.                                             Civil Action No. 5:10-1423
                                                         (Honorable Irene C. Berger)

Purdue Pharma L.P. and Purdue
Pharma, Inc.,

    Defendants.

## CERTIFICATE OF SERVICE FOR NOTICE OF DEPOSITION

I hereby certify that on the 23rd day of October, 2014, I served the "**Purdue's Second Amended Notice of Deposition of Al Dampier**" using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

        Paul W. Roop, II, Esq.
        Roop Law Office, LC
        P.O. Box 1145
        Beckley, WV 25802
        Tel:  304.255.7667
        paulroop@rooplawoffice.com
          *Counsel for Plaintiffs Steven May and*
          *Angela Radcliffe*

        Mark T. Hurt
        The Law Offices of Mark T. Hurt
        159 West Main Street
        Abingdon, VA 24210
        Tel:  276.623.0808
        markthurt@yahoo.com
        mail@markhurtlawfirm.com
          *Counsel for Plaintiffs Steven May and*
          *Angela Radcliffe*

Carol A. Casto
U.S. Attorney's Office
P.O. Box 1713
Charleston, WV 25326-1713
Tel: 304.345.2200
Carol.Casto@usdoj.gov
   *Counsel for United States*

Natalie A. Priddy
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Tel: 202.616.2964
Natalie.A.Priddy@usdoj.gov
   *Counsel for United States*

Carlotta R. Hivoral
California Department of Justice
Bureau of Medi-Cal Fraud and Elder Abuse
1455 Frazee Road, Suite 315
San Diego, CA 92108
Tel: 619.688.6073
carlotta.hivoral@doj.ca.gov
   *Counsel for State of California*

Mary Elizabeth McCullohs
Medicaid Fraud and Integrity Division
P. O. Box 20207
Nashville, TN 37202-0207
Tel : 615.741.8126
mary.mccullohs@ag.tn.gov
   *Counsel for State of Tennessee*

Jamie Ann Yavelberg
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Tel: 202.616.2964
jamie.yavelberg@usdoj.gov
   *Counsel for United States*

    I further certify that I mailed a copy of the foregoing pleading by United States Postal Service to the following non-CM/ECF participants:

Joyce R. Branda
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Tel: 202.616.2964
Fax: 202.307.5788
   *Counsel for United States*

Sam Olens
Attorney General of Georgia
Office of the Attorney General
40 Capital Square SW
Atlanta, GA 30334
Tel: 770.414.3655, ext. 216
   *Counsel for State of Georgia*

Patrick Keenan
Illinois Attorney General's Office
Illinois MFCU
100 West Randolph Street, 12th Floor
Chicago, IL 60601
   *Counsel for State of Illinois*

Laura J. Meehan
NYS Office of Attorney General
Medicaid Fraud Control Unit
One Blue Hill Plaza, 6th Floor
Pearl River, NY 10965
Tel: 845.732.7550
   *Counsel for State of New York*

                       /s/ John D. Hoblitzell, III
                       Rebecca A. Betts (WVSB #329)
                       John D. Hoblitzell, III (WVSB #9346)
                       Kay Casto & Chaney PLLC
                       1500 Chase Tower
                       707 Virginia Street, East
                       Charleston, WV 25301
                       Tel: 304.345.8900
                       Fax: 304.345.8909
                       rbetts@kaycasto.com
                       jdhoblitzell@kaycasto.com
                          *Counsel for Defendants Purdue Pharma L.P. and Purdue Pharma Inc.*